Kenneth W. Harper
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA  98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAN JUAN SUN GROWN, LLC; a Washington limited liability company; ALEX KWON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHELAN COUNTY, WASHINGTON, a municipal corporation,<br><br>Defendant. | NO.  2:17-cv-00026-SMJ<br><br>JOINT STATUS REPORT |

This matter was stayed on September 22, 2017, in ECF No. 15.  In the stay order, the Court requested that a joint status report be filed no later than March 20, 2018.  This joint status report is submitted to satisfy this requirement.

The plaintiffs recently submitted a written settlement proposal to the defendant.  The settlement proposal has not been accepted, but may indicate a basis for further settlement-related discussions or streamlining of issues for

JOINT STATUS REPORT - 1

judicial determination.  Additional time is required for these possible developments to be assessed.  Therefore, the parties request that the stay remain in place.  The parties will submit additional status reports every 180 days during the period of stay, unless a party believes that a continued stay is no longer appropriate, until this matter is fully resolved.

DATED THIS 16th day of March, 2018.

        s/ KENNETH W. HARPER
        WSBA #25578
        Menke Jackson Beyer, LLP
        *Attorneys for Defendant*
        807 North 39th Avenue
        Yakima, Washington 98902
        Telephone: (509) 575-0313
        Fax: (509) 575-0351
        Email: kharper@mjbe.com


        s/ DALE M. FOREMAN
        WSBA #6507
        Foreman, Appel, Hotchkiss & Zimmerman, PLLC
        *Attorneys for Plaintiffs*
        P.O. Box 3125
        Wenatchee, Washington 98807
        Telephone: (509) 662-9602
        Fax: (509) 662-9606
        Email: dale@fahzlaw.com


        s/ DANIEL J. APPEL
        WSBA #35544
        Foreman, Appel, Hotchkiss & Zimmerman, PLLC

JOINT STATUS REPORT - 2

*Attorneys for Plaintiffs*
P.O. Box 3125
Wenatchee, Washington 98807
Telephone: (509) 662-9602
Fax: (509) 662-9606
Email: daniel@fahzlaw.com

JOINT STATUS REPORT - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Mr. Dale M. Foreman     dale@fahzlaw.com
Mr. Daniel J. Appel     daniel@fahzlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/KENNETH W. HARPER
WSBA #25578
Attorneys for Defendant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com

JOINT STATUS REPORT - 4

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351