FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAN JUAN SUN GROWN LLC, a Washington limited liability company; and ALEX KWON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHELAN COUNTY WASHINGTON, a municipal corporation,<br><br>Defendant. | No. 2:17-CV-00026-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 14, 2018, the parties filed a stipulated dismissal, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation and Motion to Dismiss, **ECF No. 23**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2